## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **H.U. and B.U., parents and natural guardians of K.U., a minor,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**COLONIAL NORTHAMPTON – IU 20,**<br><br>*Defendant*. | Case No. 5:18-cv-3896-JDW |

### ORDER

AND NOW, this 4th day of September, 2020, upon consideration of the Motion For Summary Judgment of Defendant Colonial Intermediate Unit # 20 (ECF No. 44), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**. It is **FURTHER ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff pursuant to Fed. R. Civ. P. 56. The Clerk shall mark this case closed for statistical purposes.

                                      **BY THE COURT:**

                                      */s/ Joshua D. Wolson*
                                      **HON. JOSHUA D. WOLSON**